Trent J. Waddoups - (Utah Bar No. 7657)
**CARR & WADDOUPS**
8 East Broadway, Suite 609
Salt Lake City, Utah    84111
Telephone:   (801) 363-0888
Fax:   (801) 363-8512
Email: trent@cw-law.net

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| JULIAN MAGALLANES,<br>　　Plaintiff,<br><br>vs.<br><br>KEMPER CORPORATION d/b/a ALPHA PROPERTY & CASUALTY INSURANCE COMPANY,<br>　　Defendant. | **STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE**<br><br>Case Number 2:23-cv-00098-DAO<br><br>Judge Daphne A. Oberg |

　　PURSUANT to Fed. R. Civ. P. 41(a)(ii), Plaintiff and Defendant, by and through their respective attorneys, hereby stipulate and move the Court to Dismiss all claims raised herein. The dismissal of this action is with prejudice and on the merits.

　　DATED this   27th   day of June, 2024.

　　　　　　　　　　　　　　　　　　**CARR & WADDOUPS**

　　　　　　　　　　　　　　　　　　 /s/ *Trent J. Waddoups*
　　　　　　　　　　　　　　　　　　TRENT J. WADDOUPS
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

ALTA LEGAL, LLC

/s/ *Ky M. Papke*
KY M. PAPKE
(w/ Express Permission)
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the above and foregoing JUDGMENT to be delivered automatically via the Court's electronic delivery system, this  27th  day of   June, 2024 to:

**Ky M. Papke**
ALTA LEGAL, LLC
470 North University Ave.
Suite 202
Provo, Utah    84601

/s/   Trent J. Waddoups
TRENT J. WADDOUPS